## PATTI J. MEYER *v.* JOHN M. LEIBOLD ET AL.
### (12992)

LANDAU, SCHALLER and HENNESSY, Js.

Submitted on briefs September 23—decision released October 11, 1994

*Jerome A. Mayer,* for the appellants (defendants).
*Gordon R. Paterson,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.